JOSEPHINE PARKAS, Appellant, v. PETER PARKAS, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Dore, JJ., Dissent and vote to reverse and reinstate the verdict.

SOL ORBACH, an Infant, by SCHMIEL ORBACH, His Guardian ad Litem, Appellant, v. MORRIS STAVSKY, Respondent.— Orders appealed from unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SUSIE VILLANACCI, as Administratrix, etc., of EDWARD VILLANACCI, Deceased, Appellant, v. HENRY O. HARDING, Respondent.— It cannot be determined from the record that plaintiff's intestate was guilty of contributory negligence as matter of law. Therefore, the complaint should not have been dismissed. However, we are of the opinion that the verdict was against the weight of the credible evidence and, consequently, the judgment and order should be reversed and a new trial ordered, with costs to the appellant to abide the event. Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of GEORGE F. ADAMS and Others, Petitioners, Respondents, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEONARD P. FRIEDER, Appellant, v. KLOTS CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ANNELIESE WIEDER, an Infant under the Age of 14 Years, by Her Guardian ad Litem, ADAM WIEDER, and ADAM WIEDER, Respondents, v. JOHN MEEHAN and Others, Copartners, Doing Business under the Firm Nane and Style of JOHN MEEHAN & SON, Appellants.— Judgment reversed, with costs, and the complaint dismissed, with costs, on the ground that no actionable negligence was shown. (Walsh v. Dickison, 240 N. Y. 676; Nolan v. King, 97 id. 565.) Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to affirm.

ABRAHAM PLETMAN, Appellant, v. MYRON GOLDSOLL, Respondent, GUARANTY TRUST COMPANY OF NEW YORK, Appellant, Impleaded with Others, Defendants. (Action No. 1.) MYRON GRAY, Formerly Known as MYRON GOLDSOLL, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant. (Action No. 2.) MYRON GRAY, Respondent, v. ABRAHAM PLETMAN, Appellant. (Action No. 3.) — Orders unanimously reversed, with twenty dollars costs and disbursements to the appellants, and the motion to consolidate Actions No. 1, No. 2 and No. 3 granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SYLVIA EPSTEIN, Petitioner, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act against BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.